United States Court of Appeals
Fifth Circuit

**F I L E D**

May 2, 2003

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 02-20316
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-
Appellee,

versus

LATRENDA SHENAN DRIVER,

Defendant-
Appellant.

-------------------------------------------------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-711-1
-------------------------------------------------------------

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:[*]

After the perpetration of an extensive credit and mail fraud scheme, Latrenda Shenan Driver

pled guilty to fraud in connection with an access device in violation of 18 U.S.C. § 1029(a)(2).

Driver appeals the amount of restitution ordered.

---

[*]   Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Though Driver's limited waiver of the right to appeal does permit this appeal of the ordered restitution as a violation of the statutory limits on restitution, it is clear that the district court ordered restitution in accordance with the amount stipulated to by the parties in the plea agreement -- exactly as permitted by 18 U.S.C. § 3663(a)(3).  The motion to dismiss the appeal is DENIED.  The sentence imposed, including the amount of restitution, is AFFIRMED.